**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

GLORIA G. HARRIS and EDDY S. HARRIS, SR.                    PLAINTIFFS

v.                         No. 4:10CV01413 JLH

WILSON & ASSOCIATES, PLLC;
METROPOLITAN NATIONAL BANK;
WASHINGTON MUTUAL BANK;
and JP MORGAN CHASE BANK                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is hereby dismissed.

IT IS SO ORDERED this 28th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE